**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PROWANT, DIANE M          § Case No. 12-84169
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $514,350.00               Assets Exempt: $13,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $32,282.85     Claims Discharged
                                                Without Payment: $321,725.82

Total Expenses of Administration: $12,717.15

---

    3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $306,388.66 | $157,897.34 | $15,450.87 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,717.15 | 12,717.15 | 12,717.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 170,853.69 | 330,268.12 | 330,268.12 | 32,282.85 |
| **TOTAL DISBURSEMENTS** | $477,242.35 | $500,882.61 | $358,436.14 | $45,000.00 |

    4) This case was originally filed under Chapter 7 on November 05, 2012. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014          By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 210 California Street, Savanna, IL 61074 | 1110-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-2 | Gateway State Bank | 4110-000 | 291,612.00 | 142,446.47 | 0.00 | 0.00 |
| 3 | Carroll County | 4110-000 | 14,776.66 | 15,450.87 | 15,450.87 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$306,388.66** | **$157,897.34** | **$15,450.87** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 28.96 | 28.96 | 28.96 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 7,061.00 | 7,061.00 | 7,061.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 5,250.00 | 5,250.00 | 5,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 62.56 | 62.56 | 62.56 |
| Rabobank, N.A. | 2600-000 | N/A | 64.63 | 64.63 | 64.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,717.15 | $12,717.15 | $12,717.15 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Gateway State Bank | 7100-000 | 129,744.29 | 312,692.25 | 312,692.25 | 30,564.85 |
| 2 | eCAST Settlement Corporation, assignee | 7100-000 | 17,368.85 | 17,575.87 | 17,575.87 | 1,718.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 22,540.55 | N/A | N/A | 0.00 |
| NOTFILED | Autozone | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $170,853.69 | $330,268.12 | $330,268.12 | $32,282.85 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84169  
**Case Name:** PROWANT, DIANE M  

**Period Ending:** 02/19/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/05/12 (f)  
**§341(a) Meeting Date:** 12/06/12  
**Claims Bar Date:** 04/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Duplicate of 10 | Unknown | 0.00 | | 0.00 | FA |
| 2 | Savanna Auto Sales, 1319 Chicago, Savanna, IL 61 | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savanna Auto Sales, 1319 Chicago, Savanna, IL 61 | 250,000.00 | 0.00 | | 0.00 | FA |
| 4 | Life Insurance Proceeds being held by Kathleen H | 6,000.00 | 0.00 | | 0.00 | FA |
| 5 | Furnishings: Living, Dining, Bedroom & Office | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 1 Small Diamond Ring | 350.00 | 50.00 | | 0.00 | FA |
| 8 | Liberty Life - Term | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 Cadillac | 5,000.00 | 400.00 | | 0.00 | FA |
| 10 | 210 California Street, Savanna, IL 61074 | 67,701.92 | 56,701.92 | | 45,000.00 | FA |
| 11 | Checking Savannah Thompson State Bk (u) | 1,200.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$582,051.92** | **$57,151.92** | | **$45,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

OBJECTION TO EXEMPTION CLAIMS PENDING. ADVERSAY COMPLAINT FILED FOR FRAUDULENT CONVEYANCES.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014     **Current Projected Date Of Final Report (TFR):**   September 23, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-84169 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | PROWANT, DIANE M | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0166 - Checking Account |
| **Taxpayer ID #:** | **-***8415 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 02/19/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/01/13 | {10} | Savanna-Thomson State Bank | Pymt on Compromise Re: Real Estate | 1110-000 | 15,000.00 | | 15,000.00 |
| 07/01/13 | {10} | Diane Prowant, Brian Prowant, & Brandon Prowant | Pymt on Compromise Re: Real Estate | 1110-000 | 30,000.00 | | 45,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.56 | 44,937.44 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.63 | 44,872.81 |
| 11/13/13 | 101 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 44,622.81 |
| 11/13/13 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $5,250.00, Trustee Compensation;  Reference: | 2100-000 | | 5,250.00 | 39,372.81 |
| 11/13/13 | 103 | Gateway State Bank | Distribution paid   9.77% on $312,692.25; Claim# 1U-2; Filed: $312,692.25; Reference: | 7100-000 | | 30,564.85 | 8,807.96 |
| 11/13/13 | 104 | eCAST Settlement Corporation, assignee | Distribution paid   9.77% on $17,575.87; Claim# 2; Filed: $17,575.87; Reference: | 7100-000 | | 1,718.00 | 7,089.96 |
| 11/13/13 | 105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 7,089.96 | 0.00 |
| | | | Dividend paid 100.00%     7,061.00 on $7,061.00;  Claim# ATTY; Filed: $7,061.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     28.96 on $28.96;  Claim# EXP; Filed: $28.96 | 3120-000 | | | 0.00 |

|  |  | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 45,000.00 | 45,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 45,000.00 | 45,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$45,000.00** | **$45,000.00** | |

| Net Receipts : | 45,000.00 |
|---|---|
| Net Estate : | $45,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 45,000.00 | 45,000.00 | 0.00 |
| | $45,000.00 | $45,000.00 | $0.00 |

{} Asset reference(s)